UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

J. DANEE SERGENT,

                                               Plaintiff,

                -against-

CITY OF NEW YORK, POLICE OFFICER ERICA RIVERA,
POLICE OFFICER TONI BURKE,

                                              Defendants.
------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

20-CV-8161 (VSB)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

1. The above-referenced action is hereby dismissed with prejudice; and

Dated: New York, New York
       Aug 23        , 2021

COHEN & GREEN PLLC
*Attorneys for Plaintiff*
1639 Centre Street, Suite 216
Ridgewood, NY 11385

GEORGIA M. PESTANA
Acting Corporation Counsel of the
    City of New York
*Attorney for Defendants City of New York,
    Rivera, and Burke*
100 Church Street, 3rd Floor
New York, New York 10007

By: /s/ Remy Green
    _____
    Remy Green
    *Attorney for Plaintiff*

By: _____
    Erin Ryan
    *Senior Counsel*

SO ORDERED:

_____
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

Dated: _____, 2021